IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUZIE PATRICIA SCOTT,

 Plaintiff,

v.

WISCONSIN HISTORICAL MUSEUM,

 Defendant.

ORDER

Case No. 24-cv-185-jdp

---

SUZIE PATRICIA SCOTT,

 Plaintiff,

v.

CATHEDRAL PARISH: HOLY REDEEMER
and ST. PATRICK'S CATHOLIC CHURCH,

 Defendants,

ORDER

Case No. 24-cv-186-jdp

---

SUZIE PATRICIA SCOTT,

 Plaintiff,

v.

NEIGHBORHOOD HOUSE COMMUNITY
CENTER,

 Defendant.

ORDER

Case No. 24-cv-187-jdp

---

 Plaintiff Suzie Patricia Scott has filed three proposed civil complaints. Plaintiff seeks to commence the lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

IT IS ORDERED that:

1. Plaintiff Suzie Patricia Scott's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 25th day of March, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge